Robert G. Shepherd (RS5946)
**PORZIO, BROMBERG & NEWMAN, P.C**
29 Thanet Road, Ste 201
Princeton, NJ  08540-3661
Phone: (609) 924-8555
Fax: (609) 924-3036
rgshepherd@pbnlaw.com

Of Counsel:
Jerry S. McDevitt
Patrick J. McElhinny
Curtis B. Krasik
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone:  (412) 355-6500
Fax:  (412) 355-6501
jerry.mcdevitt@klgates.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TURTLE COMPANY INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: |
| | ) 2:10-cv-00323-(KSH)(PS) |
| WORLD WRESTLING ENTERTAINMENT, | ) |
| INC. and ABC CORPS 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT**

Defendant World Wrestling Entertainment, Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, provides the following disclosure statement:

1356132

World Wrestling Entertainment, Inc. has no parent corporation and no publicly held corporation holds ten percent (10%) or more of its stock.

Respectfully submitted,

By: <u>s/Robert G. Shepherd</u>
    Robert G. Shepherd, Esq. (RS5946)

Dated: April 2, 2010

1356132