UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| The Turtle Company Inc.<br><br>Plaintiff,<br><br>v.<br><br>World Wrestling Entertainment, et al.<br><br>Defendant. | Civ. Action No.  10-323 (KSH)<br><br><br>**ORDER OF DISMISSAL** |

**KATHARINE S. HAYDEN, U.S.D.J.**

It has been reported to the Court that the above-captioned matter has been settled; therefore,

**IT IS** on this 10th day of May, 2010,

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen this action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

/s/Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.